## UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

## No. 15-2323

_____

LAWRENCE VERLINE WILDER, SR.,

       Plaintiff - Appellant,

  v.

ATTORNEY GENERAL LORETTA E. LYNCH,

       Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. Terrence W. Boyle, District Judge. (7:14-cv-00215-BO)

_____

Submitted: March 29, 2016       Decided: March 31, 2016

_____

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Lawrence Verline Wilder, Sr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Verline Wilder, Sr., appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Wilder's informal brief does not challenge the basis for the district court's disposition, Wilder has forfeited appellate review of the court's order. Accordingly, we deny Wilder's motions to appoint counsel and for a change of venue and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED